UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>**Adan PEREZ-Ortiz,**<br><br>　　　　　　Defendant | Magistrate Docket No.<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

　　The undersigned complainant, being duly sworn, states:

　　On or about **March 29, 2008** within the Southern District of California, defendant, **Adan PEREZ-Ortiz**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SIGNATURE OF COMPLAINANT
　　　　　　　　　　　　　　　　　　　　　　　Ismael A. Canto
　　　　　　　　　　　　　　　　　　　　　　　Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **1st** DAY OF **April 2008**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Adan PEREZ-Ortiz**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On March 29, 2008, at approximately 9:00 p.m., Border Patrol Agent S. Arroyo was conducting line watch operations in the area of Campo, California. At approximately 9:15 p.m., Agent Arroyo observed a group of eighteen individuals attempting to conceal themselves in the brush. This area is approximately seven miles east of the Tecate, California Port of Entry and approximately one quarter mile north of the United States / Mexico International Border. Agent Arroyo identified herself as a United States Border Patrol Agent and questioned the individuals regarding their citizenship and nationality. All eighteen individuals, including one later identified as the defendant **Adan PEREZ-ORTIZ** freely admitted that they were citizens and nationals of Mexico. Agent Arroyo questioned the group regarding any immigration documents they might have allowing them to enter or remain in the United States legally. All individuals, including the defendant, stated that they did not have any immigration documents allowing them to enter or remain in the United States legally. All eighteen individuals were arrested and transported to the Tecate Processing Center.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **June 20, 2006** through **Calexico, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on March 31, 2008 at 9:00 A.M.**

Terri L. Dimolios
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of **1** page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **March 29, 2008** in violation of Title 8, United States Code, Section 1326.

Anthony J. Battaglia
United States Magistrate Judge

3/31/08  10:30 am
Date/Time